AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT OF     PUERTO RICO

UNITED STATES OF AMERICA,                    **APPEARANCE**

v.                    CASE NUMBER: 99-322 (PG)

MALDONADO-GARCIA, ET. AL.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

| | |
|---|---|
| April 25, 2005 | /S/ Francisco A Ojeda-Diez |
| Date | Signature |
| | |
| | Francisco A. Ojeda-Diez |
| | Print Name |
| | |
| | Torre Chardón, Suite 1201, 350 Chardón St. |
| | Address |
| | |
| | Hato Rey, Puerto Rico 00918 |
| | City |
| | |
| | (787) 766-5656 |
| | Phone Number |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Guillermo A. Macari-Grillo, gmacari@iname.com.

      At Hato Rey, Puerto Rico, April 25, 2005.

                                      s/Francisco A. Ojeda-Diez
                                      Francisco A. Ojeda-Diez
                                      U.S.D.C. No. 211108
                                      Torre Chardón, Room 1201
                                      350 Carlos Chardón Avenue
                                      Hato Rey, Puerto Rico  00918
                                      Tel: 787-766-5656
                                      Fax: 787-766-5398
                                      E-mail: francisco.ojeda@usdoj.gov