✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

### JUDICIAL DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **JOSE DELESTRE-REYES** | ) Case No:  99 CR 00322-02 (PG) |
| | ) USM No:  19199-069 |
| Date of Previous Judgment:  February 13, 2003 | ) AFPD-Melanie CARRILLO |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   X the defendant  ❐ the Director of the Bureau of Prisons  ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___121___ months **is reduced to** ___100 months___ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 100 to 125 months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X The reduced sentence is within the amended guideline range.

❐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❐ Other (explain):

## III.  ADDITIONAL COMMENTS

Parties submitted a Stipulation regarding reduction of sentence under 18 USC, § 3582(c)(2).

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: ___June 10, 2008___

s/Juan M. Pérez-Giménez
_____
Judge's signature

Effective Date: _____
(if different from order date)

JUAN M. PEREZ-GIMENEZ, U. S. DISTRICT JUDGE
_____
Printed name and title